**Ellyn J. BURNES, Appellant**

v.

**Barack OBAMA, President, et al., Appellees.**

No. 11–5201.

United States Court of Appeals, District of Columbia Circuit.

Dec. 29, 2011.

Ellyn J. Burnes, Athens, OH, pro se.

R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, Jennifer L. Pratt, Office of the Attorney General, State of Ohio, Columbus, OH, for Appellees.

BEFORE: SENTELLE, Chief Judge, and GRIFFITH and KAVANAUGH, Circuit Judges.

## JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed June 7, 2011 be affirmed, as appellant's claims are frivolous and, indeed, essentially fictitious. *See, e.g., Hagans v. Lavine,* 415 U.S. 528, 536–37, 94 S.Ct. 1372, 39 L.Ed.2d 577 (1974); *Tooley v. Napolitano,* 586 F.3d 1006, 1009 (D.C.Cir.2009); *Best v. Kelly,* 39 F.3d 328, 330 (D.C.Cir.1994).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The

Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.